HOLLAND & KNIGHT LLP
Abraham J. Colman (SBN 146933)
Raymond Y. Kim (SBN 251210)
400 South Hope Street, 8th Floor
Los Angeles, CA  90071
Telephone:  213.896.2400
Fax:  213.896.2450
E-mail:abe.colman@hklaw.com
          raymond.kim@hklaw.com

*Attorneys for Defendants*
*Premium Merchant Funding One, LLC*
*and Elie Golshan*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON EWING,<br><br>             Plaintiff,<br><br>       vs.<br><br>PREMIUM MERCHANT FUNDING ONE, LLC aka PREMIUM MERCHANT FUNDING, LLC OR PMFUS; ELIE GOLSHAN, an indivdual,<br><br>             Defendants. | Case No.: 3:20-cv-01965-AJB-AGS<br><br>**DEFENDANT PREMIUM MERCHANT FUNDING ONE, LLC'S CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES**<br><br>**[L.R. 7.1-1; FED. R. CIV. P. 7]** |

DEFENDANT PREMIUM MERCHANT FUNDING ONE, LLC'S DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES

# CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1-1, the undersigned counsel of record for Defendant Premium Merchant Funding One, LLC ("Premium Merchant Funding") certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

1. Premium Merchant Funding One, LLC
2. Elie Golshan.

Further, pursuant to Federal Rules of Civil Procedure 7.1, Premium Merchant Funding hereby declares: Premium Merchant Funding has no parent corporation and no publicly held corporation owns 10% or more interest in Premium Merchant Funding.

Dated:       November 2, 2020

/s/Raymond Y. Kim
HOLLAND & KNIGHT LLP
Abraham J. Colman
Raymond Y. Kim

Attorneys for Defendants
*Premium Merchant Funding One, LLC and Elie Golshan*

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA  90071
Tel: 213.896.2400
Fax: 213.896.2450