FILED
JAN 0 6 2021
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

1  Anton Ewing (Not an Attorney)
   3077 Clairemont Dr. #372,
2  San Diego, CA 92117
   (619) 719-9640
3  anton@antonewing.com

4

5  Plaintiff in pro se

6  THE UNITED STATES FEDERAL DISTRICT COURT

7  SOUTHERN DISTRICT OF CALIFORNIA

8

9  **Anton Ewing**, an individual,         ) Civil Case No. 20-cv-01965-AJB-AGS
                                           )
10        Plaintiff,                       ) **DECLARATION OF ANTON**
                                           ) **EWING REGARDING**
11  vs.                                    ) **SETTLEMENT**
                                           )
12                                         )
   **Premium Merchant Funding One,**       )
13  **LLC** also known as                  )
                                           )
14  Premium Merchant Funding, LLC          )
                                           )
15  also known as PMFUS;                   )
                                           )
16  **Elie Golshan** an individual.        )
                                           )
17        Defendants.                      )

18
     Plaintiff Anton Ewing ("Ewing"), hereby declare, depose and state, of my
19
   own personal knowledge, under oath and subject to penalty of perjury under the
20
   laws of the United States of American, that the following is true, correct and
21
   accurate:
22
     1. Mr. Raymond Kim has delayed this settlement from December 15, to
23
        December 29, 2020. I have sent him multiple emails asking him to get
24
        this matter resolved as per the ENE agreement that was put on the record.
25

DECLARATION OF ANTON EWING- 1

20cv1965

2. I received a written settlement agreement that included many terms, conditions and restrictions that were not mentioned or agreeded to at the ENE with the Honorable Judge Schopler.

3. The parties agreed, at the ENE, on the record, which is sealed and confidential, that the parties would use and employ the prior 2019 settlement agreement with certain modifications that were put on the record while at the ENE and sealed by the Honorable Judge Schopler.

4. Now, attorney Raymond Kim and his defendant clients want to change the terms that were agreed to. For example, Mr. Kim now demands that the last part of paragraph 3A be deleted. But, I bargained for this clause and now Defendants do not want to honor it. There are many other examples.

5. Another example is when Mr. Kim took out the word "attorney" in the no "attorney fees" clause and only put "fees." This is a material change. I bargained for no <u>attorney</u> fees as that is what was in the prior agreement. Mr. Kim has made this change in bad faith.

6. Another example of a material change has been included by Mr. Kim wherein he now demands that his client be given three days notice prior to using the declaration in support of Ewing and he demands that it only be used one time. This is a material change and was not discussed at the ENE. There are other major changes that cannot be mentioned in this declaration that were mandated by Mr. Kim and would violate the confidentiality to disclose them here. But they are shocking.

7. At the ENE, while on the record, Mr. Kim and their in-house counsel Mr. Bernstein, agreed and confirmed that the terms put on the record were complete and accurate.

DECLARATION OF ANTON EWING- 2

8. I have conducted a meet and confer with Mr. Kim via telephone and we are at a total and complete impasse. I am not agreeing to change the terms and conditions there were bargained for at the ENE and were put on the record.

9. I believe that the Court should hold a hearing on an order to show cause why Defendants should not be held in contempt or sanctioned for obstructing the settlement of this matter.

DATED: 12/29/2020

/s/ Anton Ewing
Anton Ewing
Plaintiff In Pro Se
Email: anton@antonewing.com

## PROOF OF SERVICE

I, Anton Ewing, am over 18, a pro per plaintiff in this matter. I have mailed and served, The Joint Motion to Dismiss and had it served on Defendants as follows:

**Case No.** 20-cv-01965-AJB-AGS

**Declaration of Anton Ewing has been mailed to:**

by US Mail, postage pre-paid, first class to:

Premium Merchant Funding One, LLC
Raymond Y. Kim
Holland & Knight LLP
400 South Hope Street
8th Floor
Los Angeles, CA 90071
213-896-2414
Email: raymond.kim@hklaw.com

Elie Golshan
Raymond Y. Kim
Holland & Knight LLP
400 South Hope Street
8th Floor
Los Angeles, CA 90071
213-896-2414
Email: raymond.kim@hklaw.com

I swear under penalty of perjury that the above was served as stated.
Dated: December 29, 2020

/S/ Anton Ewing
Anton Ewing

DECLARATION OF ANTON EWING- 4